UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-00075-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE RAY SUTTON | ORDER |

On motion of the Defendant, Charlie Ray Sutton, and for good cause shown, it is hereby ORDERED that [DE-67] be sealed until further notice by this Court. The grounds for this Order are found at [DE-67].

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this  10  day of September, 2020.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE